IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ROBERT W. GILLMAN,

     Appellant,

 v.

Case No.  5D22-1389
LT Case No. 1996-CF-3875-A-Z

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed December 6, 2022

3.850 Appeal from the Circuit Court
for Marion County,
Anthony M. Tatti, Judge.

Robert W. Gillman, Bushnell, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Allison L. Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


EVANDER, WALLIS and HARRIS, JJ., concur.